**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee for the Registered Holders of FMAC LOAN RECEIVABLES TRUST 2000-A, by CAPMARK FINANCE INC., as Servicer,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>ALL AMERICAN PROPERTIES, INC. f/k/a ALL AMERICAN PLAZAS, INC. a Pennsylvania corporation; FRYSTOWN ALL AMERICAN PROPERTIES, INC., a Delaware corporation; and CLARKS FERRY PROPERTIES, INC., a Delaware Corporation,<br><br>　　　　Defendants | No. 1:09-CV-02150<br><br>(Chief Judge Kane)<br><br>(Magistrate Judge Smyser) |

## ORDER

**AND NOW**, on this 4th day of January 2011, upon consideration of Magistrate Judge Andrew Smyser's Report and Recommendation that Plaintiff's motion for a default judgment be granted pursuant to Rule 55(b) of the Federal Rules of Civil Procedure (Doc. No. 14), and finding no timely objections filed hereto, it is **HEREBY ORDERED THAT** the Report and Recommendation is **ADOPTED**. Accordingly, by accompanying order, this Court will grant judgment in favor of Plaintiff.

　　　　　　　　　　　　　　　　　　　　S/ Yvette Kane
　　　　　　　　　　　　　　　　　　　　Yvette Kane, Chief Judge
　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　Middle District of Pennsylvania